MICHELLE BECKWITH
Acting United States Attorney
JASON HITT
ZULKAR KHAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 24, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RAYSHAWN WILLIAMS,<br><br>　　　　　　　　Defendants. | CASE NO. 2:25-cr-0104 JAM<br><br>18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 18 U.S.C § 922(o) – Possession and Transfer of a Machinegun (2 counts); 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms]

　　The Grand Jury charges: T H A T

　　　　　　　　RAYSHAWN WILLIAMS,

defendant herein, beginning on a date unknown, but no later than on or about May 1, 2024, and continuing to on or about July 12, 2024, in the County of San Joaquin, State and Eastern District of California, not being a licensed dealer and manufacturer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

///
///
///

INDICTMENT　　　　　　　　　　　　　1

COUNT TWO: [18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun]

The Grand Jury charges: T H A T

RAYSHAWN WILLIAMS,

defendant herein, on or about June 7, 2024, in the County of San Joaquin, State and Eastern District of California, did knowingly and intentionally transfer and possess a machinegun, that is, a Glock 45, 9mm pistol with an installed machine gun conversion device, in violation of Title 18, United States Code, Section 922(o).

COUNT THREE: [18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun]

The Grand Jury charges: T H A T

RAYSHAWN WILLIAMS,

defendant herein, on or about June 27, 2024, in the County of San Joaquin, State and Eastern District of California, did knowingly and intentionally transfer and possess a machinegun, that is, a Glock 19, Gen 5, 9mm pistol, bearing serial number BTCU944, with an installed machinegun conversion device, in violation of Title 18, United States Code, Section 922(o).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant RAYSHAWN WILLIAMS shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Three of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as

incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

_____
MICHELE BECKWITH
Acting United States Attorney

INDICTMENT

3

*No.* _ _ _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

RAYSHAWN WILLIAMS

### I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 922(A)(1)(A) – Unlawful Dealing of Firearms; 18 U.S.C § 922(o) -- Possession and Transfer of a Machinegun (2 counts); and 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*            **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ 24th *day*

*of* _ April _ _ _ _ _ _ _ _ _ , *A.D. 20* 25 _ _ _

_____ /s/ C. Nair _____
*Clerk.*

*Bail, $* _ No bail bench warrant to issue.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

## United States v. Rayshawn Williams
## Penalties for Indictment

### COUNT 1

VIOLATION:   18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing Firearms

PENALTIES:   Maximum of up to 5 years in prison; or fine of up to $250,000; or both fine and imprisonment.
A supervised release term of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

### COUNTS 2 and 3

VIOLATION:   18 U.S.C. § 922(o) – Transfer or Possession of a Machinegun

PENALTIES:   Maximum of up to 10 years in prison, fine of up to $250,000; or both fine and imprisonment. A supervised release term of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

### FORFEITURE ALLEGATION

VIOLATION:   18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:   As stated in the charging document