## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No.: 2:25-cr-0104-JAM |
| **RAYSHAWN WILLIAMS,** | |
| Defendant. | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum              ☐ Ad Testificandum

Name of Detainee:   Rayshawn Williams

Detained at           San Joaquin County Jail

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
            charging detainee with:   18 U.S.C. § 922(a)(1)(A) Unlawful Dealing in Firearms

    or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

    or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
            is currently being served at the detaining facility

***Appearance is necessary FORTHWITH in the Eastern District of California.***

| | |
|---|---|
| Signature: | /s/*Jason Hitt* |
| Printed Name & Phone No: | Jason Hitt – 916-554-2751 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum              ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   May 19, 2025

Honorable Sean C. Riordan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | none | ☒Male  ☐Female | |
| Booking or CDC #: | | DOB: | 5/6/2005 |
| Facility Address: | San Joaquin County Jail – Custody Records Custodian | Race: | African American |
| Facility Emails: | SOCustodyrecords@sjgov.org | FBI#: | RX8V7XCPE |
| | Custodyrecordssupervisor@sj-gov.org | | |

### RETURN OF SERVICE

Executed on:   _____         _____
                                        (signature)