IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAYSHAWN WILLIAMS,<br><br>    Defendant. | Case No.: 2:25-cr-0104-JAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Rayshawn Williams
Detained at: North Kern State Prison
Detainee is:
 a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
   charging detainee with: 18 U.S.C. § 922(a)(1)(A) Unlawful Dealing in Firearms
or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) ☐ return to the custody of detaining facility upon termination of proceedings
or  b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/*Jason Hitt*
Printed Name & Phone No: Jason Hitt – 916-554-2751
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

 The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 21, 2025

Honorable Sean C. Riordan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | none | ☒Male ☐Female | |
| CDCR#: | CB0979 | DOB: | 5/6/2005 |
| Facility Address: | Inmate Records Department | Race: | African American |
| Facility Address: | North Kern State Prison | FBI#: | RX8V7XCPE |
| | 2737 West Cecil Avenue, Delano, California 93215 | | |

## RETURN OF SERVICE

Executed on: _____  _____
                  (signature)