```
ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RAYSHAWN WILLIAMS,<br><br>　　　　　　Defendant. | CASE NO. 2:25-cr-00104-JAM<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 9, 2025.

2. By this stipulation, the parties now move to continue the sentencing hearing until **January 06, 2026, at 9:00 a.m.**

3. The requested continuance is based upon government's counsel being physically unable to appear for the scheduled sentencing hearing due to injury. The requested date will afford adequate time for the United States to prepare for sentencing.

IT IS SO STIPULATED.

Dated: December 8, 2025

ERIC GRANT
United States Attorney

/s/ *Jason Hitt*
Jason Hitt
Assistant United States Attorney

Dated: December 8, 2025

/s/ *Douglas Beevers, Esq.*
Douglas Beevers, Esq.
Counsel for Defendant
RAYSHAWN WILLIAMS
Authorized to sign for Mr. Beevers on 12/8/25

**ORDER**

IT IS SO ORDERED.

Dated: December 08, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING SENTENCING HEARING;ORDER

2